**Opinion issued December 7, 2023**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-23-00644-CV

—————————————

**CHARLES M. HADEN, JR. AND SHELLEY W. HADEN, Appellants**

**V.**

**PROSPERITY BANK, Appellee**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-68683**

---

## MEMORANDUM OPINION

Appellants, Charles M. Haden, Jr. and Shelley W. Haden, have filed a notice of appeal from the trial court's June 2, 2023 final judgment. Appellants have neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208,

51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On September 22, 2023, appellants were notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by October 23, 2023. *See* TEX. R. APP. P. 42.3(b), (c). Appellants did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees. *See* TEX. R. APP. P. 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.